```
                            FILED
                            May 7, 2010
                            CLERK, US DISTRICT COURT
                            EASTERN DISTRICT OF
                            CALIFORNIA
                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN WATKINS, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-cr-00178-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kevin Watkins</u>; Case <u>2:10-cr-00178-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      _    Release on Personal Recognizance

      _    Bail Posted in the Sum of _____

      X    Unsecured Appearance Bond in the amount of <u>$50,000.00 co-signed by Julieta Gallagos.</u>

      _    Appearance Bond with 10% Deposit

      _    Appearance Bond secured by Real Property

      _    Corporate Surety Bail Bond

      X    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on May 7, 2010 at 3:00 PM

By _____
Kendall J. Newman
United States Magistrate Judge